### JOHN W. MARTIN v. FRANK C. ALDERMAN

25 So. (2nd) 565                                    January Term, 1946
April 5, 1946                                  .            Division A

*Clyde H. Wilson,* for appellant.

*William J. Wood,* for appellee.

PER CURIAM:

The case at bar has been duly considered and the decree appealed from is hereby affirmed on authority of Barton v. Moline Properties, 121 Fla. 683, 164 So. 551; Weathersbee v. Dekle, 102 Fla. 1057, 136 So. 708.

It is so ordered.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.